UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HERBERT VOLKERT,

Plaintiff,

v.

QWEST WIRELESS, LLC,

Defendant.

CIVIL NO. 01-850 (DSD)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: May 18, 2001

JOHN M. MASON
United States Magistrate Judge

MAY 21 2001
Filed ______
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

3

Date: May 22, 2001 jr

R E C O R D   O F   D O C K E T   T E X T

0:01-cv-00850 Volkert v. Qwest Wireless, LLC

DOCKET ENTRY

ORDER OF RECUSAL (Magistrate Judge John M. Mason / 5/18/01) Case referred to Magistrate Judge Arthur J. Boylan (4:01 AD 188). Case number remains the same except for initials (01-850 DSD/AJB). Number with new initials to be used on all new pleadings to be filed in this action. 1pg(s) (c: all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL